tiorari deni~~ed. Petitioner pro se. Seymour R. Quel for~~
~~respondent.~~

No. 278.   BORN v. LAUBE, ADMINISTRATOR, ET AL., *ante*, p. 855.   Motion for leave to file petition for rehearing granted.   Petition for rehearing denied.

No. 18.   FRIEDBERG v. UNITED STATES, *ante*, p. 142;

No. 37.   HOLLAND ET UX. v. UNITED STATES, *ante*, p. 121;

No. 121.   MOORE v. MEAD'S FINE BREAD CO., *ante*, p. 115;

No. 329.   THOMAS RIGGING CO. v. NATIONAL LABOR RELATIONS BOARD, *ante*, p. 871;

No. 395.   HALL v. FIRST NATIONAL BANK OF ATLANTA, EXECUTOR, *ante*, p. 896;

No. 403.   EISTRAT v. BRUSH INDUSTRIAL LUMBER CO. ET AL., *ante*, p. 896;

No. 56, Misc.   MEZO v. ILLINOIS, *ante*, p. 899;

No. 177, Misc.   DIXON v. ILLINOIS, *ante*, p. 901;

No. 212, Misc.   FUDGE v. CALIFORNIA, *ante*, p. 901; and

No. 273, Misc.   SUTTLES ET AL. v. DAVIS, COMMANDANT, U. S. DISCIPLINARY BARRACKS, *ante*, p. 903. Petitions for rehearing denied.

FEBRUARY 7, 1955.

No. 32.   CALIFORNIA EX REL. BROWN, ATTORNEY GENERAL, ET AL. v. ST. LOUIS UNION TRUST CO.   Certiorari, 348 U. S. 808, to the St. Louis Court of Appeals of Missouri.   Argued January 31, 1955.   Decided February 7, 1955.   *Per Curiam:* The writ of certiorari is dismissed as improvidently granted.   *Walter H. Miller* argued the cause for petitioners.   With him on the brief were *Ed-*